UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN GUERRIER.,

Petitioner,

-against-

E. RICKARD, WARDEN FCI OTISVILLE.,

Respondent.

25 CIVIL 00992 (JPC)(OTW)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated May 20, 2026, the Court adopts the Report and Recommendation and denies the Petition. To the extent a certificate of appealability is required for Petitioner to appeal, see Cajigas v. FCI Otisville (Warden), No. 25 Civ. 628 (JMF), 2025 WL 1917952, at *2 (S.D.N.Y. June 20, 2025) ("It is somewhat unclear whether a certificate of appealability would be required for [the petitioner] to appeal." (citing Drax v. Reno, 338 F.3d 98, 106 n.12 (2d Cir. 2003); Cespedes v. United States, No. 01 Civ. 2249 (ILG), 2001 WL 811929, at *1 (E.D.N.Y. June 11, 2001)), one will not issue as Petitioner has not made a substantial showing of the denial of a constitutional right. See 28 U.S.C. §2253(c). The Court also certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Opinion and Order would not be taken in good faith, and therefore in forma pauperis status is denied for an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York
May 20, 2026

**TAMMI M. HELLWIG**
Clerk of Court

**BY:**

Deputy Clerk